COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ealy v. EVC Engage, LLC

Appellate case number:    01-21-00095-CV

Trial court case number:   2020-09144

Trial court:                       334th Judicial District Court of Harris County, Texas

      Appellant Lawrence Ealy's motion for en banc reconsideration is **DENIED**.

      It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
                     ☐ Acting individually   ☒ Acting for the Court

Date: February 2, 2023

En banc court consists of Chief Justice Adams and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Justice Landau not participating.